**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **vs.**                               **:   CASE NO.  CR-1-02-149**

**BRUCE J. BARDONARO,**

      **Defendant.**

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                GREGORY G. LOCKHART
                                                United States Attorney

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS  #0043575
                                                Assistant United States Attorney
                                                303 Marconi Blvd., Suite 200
                                                Columbus, Ohio 43215
                                                (614) 469-5715